IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

Case No. 18-cv-235-wmc

AIR, LLC d/b/a TANTACOMM, CHARLES EATON, THE AIR, LLC d/b/a TANTACOMM 401(K) PLAN and THE AIR, LLC d/b/a TANTACOMM HEALTH PLAN,

    Defendants.

## JUDGMENT IN A CIVL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered as follows;

1. Defendants Charles Eaton and Air LLC d/b/a TantaComm are PERMANENTLY ENJOINED from serving or acting as fiduciaries to any ERISA-covered employee benefit plan and are REMOVED from any positions they now hold as fiduciaries to defendants The Air, LLC d/b/a TantaComm 401(k) Plan and The Air, LLC d/b/a TantaComm Health Plan;

2. Defendants Charles Eaton and Air LLC d/b/a TantaComm are jointly and severally liable to defendant The Air, LLC d/b/a TantaComm 401(k) Plan in the amount of $176,810.81;

3. Defendants Charles Eaton and Air LLC d/b/a TantaComm are jointly and severally liable to defendant The Air, LLC d/b/a TantaComm Health Plan in the additional amount of $26,977.39; and

4. All claims against defendants The Air LLC d/b/a TantaComm 401(k) Plan and The Air, LLC d/b/a TantaComm Health Plan are DISMISSED.

Dated this 25th day of September, 2019.

*William M. Conley*
United States District Judge

*Peter Oppeneer, Clerk of Court* / deputy clerk

9-25-2019
Date